UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARGARET BACH,

    Plaintiff,

  v.                                                        Case No. 13-CV-370

MILWAUKEE COUNTY CIRCUIT COURT,
*Judge Jane Carroll presiding*,
MILWAUKEE COUNTY,
ELIZABETH RUTHMANSDORFER,
LIFE NAVIGATORS,
DISABILITY RIGHTS WISCONSIN, INC.,
DEWEY MARTIN,
MOERTL WILKINS & CAMPBELL S.C.,
DENICE MADER, LYNN WAGNER,
MAUREEN McGINNITY,
FOLEY & LARDNER LLP,
CHRISTINE GABOR, KATIE DOMER,
EASTER SEALS OF SOUTHEAST WISCONSIN, INC.,
KRISTA BUCHHOLTZ,
WILSON ELSER MOSKOWITZ EDELMEN & DICKER LLP,
GARY STARK,
MILWAUKEE COUNTY MENTAL HEALTH COMPLEX,
SCOTT McCARDELL, BRIDGES LLC,
JULLIAN GOGGANS, and
MILWAUKEE POLICE DEPARTMENT,

    Defendants.

**ORDER ON MOTION TO VOID STATE COURT ORDER REGARDING TRANSCRIPTS**

On June 24, 2013, the plaintiff, Margaret Bach, filed an expedited non-dispositive motion asking this Court to void the order of Milwaukee County Judge Jane Carroll dated June 17, 2013 and notify various court reporters that they must supply Bach with the transcripts for which she paid them. (Docket # 37 at 3.) This Court, however, does not have jurisdiction or authority to order the

relief Bach requests. As was explained in this Court's order on Bach's motion to proceed *in forma pauperis* (Docket # 22), federal courts are courts of limited jurisdiction. *See, e.g.*, *International Union of Operating Engineers, Local 150, AFL-CIO v. Ward*, 563 F.3d 276, 280 (7th Cir. 2009). In order for a federal district court to entertain a case, jurisdiction must be authorized by the Constitution or by statute. *Turner/Ozanne v. Hyman/Power*, 111 F.3d 1312, 1316 (7th Cir. 2009) (quotations and internal marks omitted). More particularly, federal district and circuit courts are not courts of appeal for state courts. Bach's proper course of action to obtain the remedy she requests is to seek review in state appellate court.

Therefore, **IT IS HEREBY ORDERED** that the plaintiff's motion to void the state court order regarding transcripts (Docket # 37) is **DENIED**.

Dated this 10th day of July, 2013, at Milwaukee, Wisconsin.

BY THE COURT

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge